RECEIVED
OCT - 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES VEAL | CIVIL ACTION NO. 13-566 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| KUPLESKY, et al | U.S. MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for preliminary injunction (DOC. #11) is DENIED.

**THUS DONE AND SIGNED**, in Chambers, in Alexandria, Louisiana, on this 9th day of October, 2013.

JAMES T. TRIMBLE, Jr.
**UNITED STATES DISTRICT COURT**