RECEIVED
IN ALEXANDRIA, LA.

AUG 2 5 2014

TONY R. MOORE, CLERK
_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES VEAL,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:13-CV-00566 |
| VERSUS | |
| STEPHEN KUPLESKY, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Veal's request for a temporary restraining order and/or preliminary injunction is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25th day of August, 2014.

                                                      JAMES T. TRIMBLE, JR.
                                                      UNITED STATES DISTRICT JUDGE