U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 23 2016

TONY R. MOORE CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES VEAL | CIVIL ACTION NO. 1:13-CV-00566 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| STEPHEN KUPLESKY, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Veal's complaint against Nurse Gaskill, Nurse Mary, and Nurse Warren is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. Rule 4(m).

IT IS FURTHER ORDERED that Defendants' motion for summary judgment (Doc. 75) is GRANTED and Veal's action against Amy Brunson, Daniel Marr, Stephen Kuplesky, Nicole Walker, Barbara Spence, and Corrections Corporation of America is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 22nd day of March 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE