RECEIVED
JUN - 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES VEAL | CIVIL ACTION NO. 1:13-CV-00566 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| STEPHEN KUPLESKY, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Dr. Singleton's motion for summary judgment (Doc. 110) is GRANTED and Veal's action against Dr. Singleton is DENIED AND DISMISSED with prejudice.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this 7th day of June, 2017.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE